STATE OF NEW JERSEY v. DONALD TUCKER.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD BUSH.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THURMAN JOHNSON.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ERIBERTO VELASZQUEZ.

December 6, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. QUINN BRYANT.

December 6, 1988.

Petition for certification denied.